FILED

12/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0540

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0540

_____

LYNDA WETTERLING,

     Plaintiff and Appellant,

v.

NANCY AITKEN NOBLES,

     Defendant and Appellee.

_____

O R D E R

On November 7, 2024, the mediator for this appeal filed a report stating that the case has settled. Nothing further has been filed.

Pursuant to M. R. App. P. 7(7)(b),

IT IS THEREFORE ORDERED that this appeal is DISMISSED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 12 2024